Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL AZZOPARDI,<br><br>    Plaintiff,<br><br>    v.<br><br>BIOSPECIFICS TECHNOLOGIES CORP., JENNIFER CHAO, MICHAEL SCHAMROTH, PAUL GITMAN, MARK WEGMAN, TOBY WEGMAN, JOSEPH TRUITT, MIKE SHERMAN, and COREY FISHMAN,<br><br>    Defendants. | Case No: 1:20-cv-05417-WFK-VMS<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michael Azzopardi hereby voluntarily dismisses the above-captioned action with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 24, 2020

Respectfully submitted,

**HALPER SADEH LLP**

By: /s/ Daniel Sadeh
Daniel Sadeh, Esq.
667 Madison Avenue, 5th Floor
New York, NY 10065

The application is granted.
SO ORDERED.
s/ WFK
William F. Kuntz, II  U.S.D.J.
Dated: November 25, 2020

1

Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

       I, Daniel Sadeh, hereby certify that on November 24, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: November 24, 2020                           /s/ Daniel Sadeh
                                                Daniel Sadeh